# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **BETH RENEE BRODHACKER,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )     **CAUSE NO. 07-023-WDS** |
| | ) |
| **MERCK & CO., INC., et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## O R D E R

**STIEHL, District Judge:**

This undersigned judge hereby **RECUSES** himself in the above matter, and **TRANS-FERS** this case to the Clerk of the Court for reassignment.

**IT IS SO ORDERED.**

**DATED: January 11, 2007.**


                                                     **s/ WILLIAM D. STIEHL**
                                                       **DISTRICT JUDGE**


Case reassigned to United States District Judge Michael J. Reagan. All future pleadings shall bear Case No. 07-023-MJR.