IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **BETH RENEE BRODHACKER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **CAUSE NO. 07-023-WDS** |
| | ) | |
| **MERCK & CO., INC., et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## O R D E R

**STIEHL, District Judge:**

This undersigned judge hereby **RECUSES** himself in the above matter, and **TRANSFERS** this case to the Clerk of the Court for reassignment.

**IT IS SO ORDERED.**

**DATED: January 11, 2007.**

                              s/ WILLIAM D. STIEHL
                                 DISTRICT JUDGE


Case reassigned to United States District Judge Michael J. Reagan.  All future pleadings shall bear Case No. 07-023-MJR.